IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIGHT TRANSFORMATION , TECHNOLOGIES LLC | § § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 2:09-CV-357(TJW) |
| | § | |
| ALLIANCE ELECTRONICS CORPORATION d/b/a KHATOD USA, ET AL. | § § § | Jury Trial Requested |
| Defendant. | § | |
| | § | |
| | § | |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Defendant and Counter Claimant Khatod Optoelectronics S.R.L. ("Khatod") files this Motion to Substitute Counsel as follows:

1.     Marc A. Fenster, State Bar No. 181067, Stanley H. Thompson, Jr., California State Bar No. 198825 and Irene Y. Lee, California State Bar No. 213625 all of the firm Russ, August & Kabat, Wilshire Boulevard, 12th Floor, Los Angeles, California 90025 are presently attorneys of record for Defendant and Counter Claimant Khatod in this case.

2.     There is good cause for this Court to grant this motion to substitute because Defendant and Counter Claimant Khatod has requested new counsel.

3.     Defendant and Counter Claimant Khatod requests that Gordon T. Arnold, State Bar No. 01342410 and Jason A. Saunders, State Bar No. 24042406 of the firm Arnold & Knobloch, L.L.P. be substituted as their counsel in this case. The contact information for Mr. Arnold and Mr. Saunders is as follows:

Gordon T. Arnold
State Bar No. 01342410
Jason A. Saunders
State Bar No. 24042406
Arnold & Knobloch, L.L.P.
4900 Woodway Drive, Suite 900
Houston, TX 77056
Phone: (713) 972-1150
Facsimile: (713) 972-1180

1

Email: garnold@arnold-iplaw.com
Email: jsaunders@arnold-iplaw.com

4.      Defendant and Counter Claimant Khatod also requests that Charles Ainsworth, State Bar No. 00783521 also be substituted as their counsel in this case. The contact information for Mr. Ainsworth is as follows:

Charles Ainsworth
State Bar No. 00783521
Parker, Bunt & Ainsworth, P.C.
100 W. Ferguson, Suite 1114
Tyler, TX 75702
Phone: (903) 531-3535
Facsimile: (903) 533-9687
Email: charley@pbatyler.com

For these reasons, Plaintiff asks the court to grant this motion to substitute Gordon T. Arnold, Jason A. Saunders, the firm Arnold & Knobloch, L.L.P., Charles Ainsworth, and the firm Parker, Bunt & Ainsworth, P.C. as attorneys of record for Defendant and Counter Claimant Khatod.

Dated: February 15, 2011                          Respectfully submitted,

                                                  **ARNOLD & KNOBLOCH, L.L.P.**

                                                  */s/ Jason A. Saunders*
                                                  Gordon T. Arnold
                                                  State Bar No. 01342410
                                                  Jason A. Saunders
                                                  State Bar No. 24042406
                                                  4900 Woodway, Suite 900
                                                  Houston, TX  77056
                                                  Telephone: 713-972-1150
                                                  Facsimile: 713-972-1180
                                                  E-mail: garnold@arnold-iplaw.com
                                                  E-mail: jsaunders@arnold-iplaw.com

                                                  Charles Ainsworth
                                                  State Bar No. 00783521
                                                  Parker, Bunt & Ainsworth, P.C.
                                                  100 E. Ferguson, Suite 1114
                                                  Tyler, TX 75702
                                                  Telephone: (903) 531-3535

Facsimile: (903) 533-9687
Email: charley@pbatyler.com

*Attorneys for Defendant,*
*Khatod Optoelectronics S.R.L.*

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on February 15, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Jason A. Saunders*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Michael Collins of the firm Collins Edmonds & Pogorzelski, current attorney of record for Plaintiff Light Transformation Technologies LLC and Deborah Race of the firm Ireland Carroll & Kelley, current attorney of record for Defendant Polymer Optics Limited on February 15, 2011. Gordon Arnold conferred with Mark Fenster of the firm Russ, August & Kabat, current attorney of record for Defendant and Counter Claimant Khatod Optoelectronics S.R.L. on February 15, 2011.

As a result of these conferences, the current attorneys of record do not object to this Motion to Substitute Counsel.

Date:   February 15, 2011

*/s/ Jason A. Saunders*