IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIGHT TRANSFORMATION TECHNOLOGIES LLC<br><br>v.<br><br>ALLIANCE ELECTRONICS CORPORATION d/b/a KHATOD USA, ET AL. | Civil Action No. 2:09-cv-00357-JRG |

## ORDER OF DISMISSAL OF POLYMER OPTICS LIMITED

CAME BEFORE THE COURT the Agreed Stipulation of Dismissal by Light Transformation Technologies LLC ("LTT") and defendant Polymer Optics Limited ("Polymer").

In accordance with Rule 41(a)(1)(A)(ii), the Court hereby ORDERS that all claims and counterclaims by and between LTT and Polymer in this action are hereby dismissed with prejudice.

Each party shall bear its own costs and attorneys fees.  The Court shall maintain jurisdiction to enforce the terms of the parties' agreement.

**So ORDERED and SIGNED this 13th day of February, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE